UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

UNITED STATES OF AMERICA

v.

CASE NO. 5:22-cr-5-JA-PRL
18 U.S.C. § 641

GEORGE UTLEY

## INFORMATION

The United States Attorney charges:

### COUNT ONE

Beginning on or about January 27, 2009, and continuing through on or about March 17, 2019, in the Middle District of Florida, and elsewhere, the defendant,

**GEORGE UTLEY,**

did knowingly and willfully receive, conceal, and retain more than $1,000 of money and a thing of value of the United States and the Department of Labor, a department and agency of the United States, that is, Federal Employees' Compensation Act (FECA) disability benefits, with the intent to convert the money or thing of value to the defendant's use or gain, knowing the money and thing of value had been embezzled, stolen, purloined, and converted, from the United States and the Department of Labor.

In violation of 18 U.S.C. § 641.

## FORFEITURE

1. The allegations contained in Count One are incorporated by reference for the purpose of alleging forfeiture pursuant to 18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461(c).

2. Upon conviction of a violation of 18 U.S.C. § 641, the defendant shall forfeit to the United States, pursuant to 18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461(c), any property, real or personal, which constitutes or is derived from proceeds traceable to the violation.

3. The property to be forfeited includes, but is not limited to, the following: $732,459.46.

4. If any of the property described above, as a result of any act or omission of the defendants:

    a. cannot be located upon the exercise of due diligence;

    b. has been transferred or sold to, or deposited with, a third party;

    c. has been placed beyond the jurisdiction of the Court;

    d. has been substantially diminished in value; or

    e. has been commingled with other property which cannot be divided without difficulty;

the United States shall be entitled to forfeiture of substitute property under the provisions of 21 U.S.C. § 853(p), as incorporated by 28 U.S.C. § 2461(c).

ROGER B. HANDBERG
United States Attorney

By: _____
Robert E. Bodnar, Jr.
Assistant United States Attorney
Chief, Ocala Division

By: _____
Ilianys Rivera Miranda
Assistant United States Attorney
Criminal Chief - North